No. 95–7794. FLORES-GUZMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7796. GREEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7799. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7803. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7805. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7807. LEVY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7809. KIRNON ET AL. v. SCHNEIDER, GOVERNOR OF THE VIRGIN ISLANDS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7813. FLEMMINGS v. MORTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7815. FLORENCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7828. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7830. STAPLETON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7832. SMITH ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7834. ROGERS v. MCCAUGHTRY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–7840. DUCRET v. BEYER, ASSISTANT COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.